Form fnldec (10/05)

## UNITED STATES BANKRUPTCY COURT
### District of Maryland
Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

**Case No.: 98−60776    Chapter:  7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Regency Homes Corporation
*debtor has no known aliases*
7150 Columbia Gateway Drive
Building J
Columbia, MD 21046

Social Security No.:

Employer's Tax I.D. No.:   52−1445283

 Petition for Relief under Chapter 7 of Title 11, U.S. Code, filed by or against the above−named Debtor(s) on 7/30/98

## FINAL DECREE

The estate of the above−named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Zvi Guttman is discharged as trustee of the estate of the above−named debtor; and the chapter 7 case of the above named debtor is closed.

Dated: 10/15/09

*James F. Schneider*
U.S. Bankruptcy Judge